**Order entered February 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01010-CV

**SHAWN TREMBLAY, Appellant**

**V.**

**SIMMON BANK, TRUSTEE, Appellee**

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. CC2100383**

## ORDER

Before the Court is appellant's February 25, 2022 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **April 4, 2022**.

/s/    CRAIG SMITH
        JUSTICE